## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| | : | |
| LOUISIANA COUNSELING AND | : | |
| FAMILY SERVICES, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | Civil No. 06-747 (RBK) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| MAKRYGIALOS, LLC, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

THIS MATTER having come before the Court on motion by Plaintiffs Louisiana Counseling and Family Services, Inc., Access to All, and Lucille Danford (collectively "Plaintiffs") for default judgment against Makrygialos, LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 55(b)(2), for failure to appear, answer, or otherwise defend in this matter; and the Court having considered the moving papers and the opposition thereto;

IT IS HEREBY **ORDERED** that Plaintiffs' motion for default judgment is **DENIED**;

IT IS FURTHER **ORDERED** that Plaintiffs' amended motion for default judgment is **DENIED.**


Dated: 2/27/08                                         s/ Robert B. Kugler
                                                      ROBERT B. KUGLER
                                                      United States District Judge

1