**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**ELECTRONICALLY FILED**
September 11, 2008

Peter G. Mylonas, Esquire
Law Offices of Peter G. Mylonas, PC
10 Foster Avenue, Suite D-3
Gibbsboro, NJ 08026

    **Re:  Louisiana Counseling and Family Services v.
         Makrygialos, LLC, et al.
         Civil No. 06-747 (RBK)**

Dear Mr. Mylonas:

    Oral argument on your Motion for Leave to Withdraw [Doc. No. 45] is scheduled for <u>October 10, 2008 at 11:30 a.m.</u>, in Courtroom 3C. You are ORDERED to serve your motion papers and this letter on defendant via regular United States Mail and Certified Mail, Return Receipt Requested. Defendant is also ORDERED to be present at the scheduled argument.

                                          Very truly yours,

                                          *s/ Joel Schneider*

                                          JOEL SCHNEIDER
                                          United States Magistrate Judge

JS:jk
cc:  Hon. Robert B. Kugler
     All Counsel